IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

JENNIFER THURMAN                                                                             PLAINTIFF
ADC #712164

V.                                            1:14CV00161 JLH/JWC

SCOTTY CLARK *et al*.                                                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Jennifer Thurman, an inmate at the Arkansas Department of Correction's McPherson Unit, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on December 9, 2014. Plaintiff did not pay the $400.00 filing and administrative fees, and, although an application for leave to proceed *in forma pauperis* was provisionally granted in another district, it was granted subject to modification (docket entry #3). Additionally, Plaintiff's complaint is vague and appears

1

to contain multiple and unrelated claims. On January 8, 2015, the Court entered an order directing Plaintiff to pay the filing and administrative fees or file an application for leave to proceed *in forma pauperis*, and to file an amended complaint. That order also warned Plaintiff that her failure to comply within 30 days would result in the recommended dismissal of her complaint. More than 30 days have passed, and Plaintiff has not paid the filing and administrative fees, filed an application for leave to proceed *in forma pauperis*, filed an amended complaint, or otherwise responded to the order. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 17th day of February, 2015.

_____
UNITED STATES MAGISTRATE JUDGE